# GENERAL COURT, MAY TERM, 1805.

## Barton *vs.* White's Adm'r.

Appeal from Baltimore County Court. It was an action of *trover,* brought by the appellee against the appellant for the conversion of a quantity of paints, lead, &c. The general issue pleaded. The *bill of exceptions* taken at the trial states, that the plaintiff below proved to the jury that he delivered the goods mentioned in the declaration to the defendant, and gave him authority to sell and dispose of the same for and on account of the plaintiff. That the defendant, after the delivery to him, applied part of the paints, mentioned in the declaration, to his own use, in repairing his vessels. That the plaintiff demanded of

If chattels are delivered by plaintiff to defendant for sale, and he, instead of selling them, appropriates them to his own use, and refuses to account for them, the plaintiff may sustain an action of *trover.*

MAY 1805.

Barton
vs
White

him an account of the articles mentioned in the declaration, and payment for the same, and that the defendant refused to render such an account, or to pay. Whereupon the defendant moved the court to direct the jury, that if they should believe the above facts, that then and in such case the plaintiff is not entitled to recover in the present action. Which opinion and direction the county court, (*H. Ridgely,* Ch. J.) refused to give—but was of opinion, and so directed the jury, that if they should be of opinion, from the evidence, that the defendant converted the said goods to his own use, and refused to account for the same to the plaintiff, that this action would lie. The defendant excepted. Verdict and judgment for the plaintiff. The defendant appealed to this court.

THE GENERAL COURT *affirmed* the judgment of the County Court.

*Purviance,* for the Appellant.

*Kell* and *S. Chase,* Jr. for the Appellee.